Pro Se 1 (Rev. 09/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
for the

District of Massachusetts

__Frantz Pierre Blass Jr__ )
Plaintiff(s) )
(Write the full name of each plaintiff who is filing this complaint. )
If the names of all the plaintiffs cannot fit in the space above, )
please write "see attached" in the space and attach an additional )
page with the full list of names.) )
-v- )
 )
 )
__Archdiocese of Boston__ )
Defendant(s) )
(Write the full name of each defendant who is being sued. If the )
names of all the defendants cannot fit in the space above, please )
write "see attached" in the space and attach an additional page )
with the full list of names.) )

Case No. _____
(to be filled in by the Clerk's Office)

Jury Trial: (check one)  [ ] Yes  [ ] No

## COMPLAINT FOR A CIVIL CASE

### I. The Parties to This Complaint

#### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Frantz Blass Jr
Street Address: 25 Ridgecrest Ter. Apt 8
City and County: West Roxbury, MA 02132
State and Zip Code: Massachusetts / Suffolk County
Telephone Number: 857-258-7172
E-mail Address: fblass44@gmail.com

#### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Pro Se 1 (Rev. 09/16) Complaint for a Civil Case

Defendant No. 1
  Name: Archdiocese of Boston
  Job or Title (if known): Catholic Church
  Street Address: 66 Brook Drive, Braintree
  City and County: Braintree
  State and Zip Code: Massachusetts 02184
  Telephone Number:
  E-mail Address (if known):

Defendant No. 2
  Name:
  Job or Title (if known):
  Street Address:
  City and County:
  State and Zip Code:
  Telephone Number:
  E-mail Address (if known):

Defendant No. 3
  Name:
  Job or Title (if known):
  Street Address:
  City and County:
  State and Zip Code:
  Telephone Number:
  E-mail Address (if known):

Defendant No. 4
  Name:
  Job or Title (if known):
  Street Address:
  City and County:
  State and Zip Code:
  Telephone Number:
  E-mail Address (if known):

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☐ Federal question         ☑ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

1st Amendment, 7th amendment
5th Amendment, 9th amenment

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

    a. If the plaintiff is an individual
    
    The plaintiff, *(name)* __Frantz Blass Jr.__, is a citizen of the State of *(name)* __Massachusetts__.

    b. If the plaintiff is a corporation
    
    The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____,
    
    and has its principal place of business in the State of *(name)* _____.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual
    
    The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

Pro Se 1 (Rev. 09/16) Complaint for a Civil Case

    b.     If the defendant is a corporation

    The defendant, *(name)* __Arch Dioces of MA__, is incorporated under the laws of the State of *(name)* __Massachusetts__, and has its principal place of business in the State of *(name)* __66 Brook Drive__ Or is incorporated under the laws of *(foreign nation)* __Massachusetts__, and has its principal place of business in *(name)* _____

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.     The Amount in Controversy

The amount in controversy-the amount the plaintiff claims the defendant owes or the amount at stake-is more than $75,000, not counting interest and costs of court, because *(explain)*:

__I was molested by a priest. When I came forth about a decade ago the D.A. Office and Catholic church did not find my Molestation Believable and credible__

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

__The Archdiocese of Boston is involved Because They new these Priest was molesters But still Protected, concealed and move them to other Unprepared parishes__

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

__Written on Attachment__

Pro Se 1 (Rev. 09/16) Complaint for a Civil Case

V. **Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

A. **For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 10/13/23 *Frantz Blass*

Signature of Plaintiff *Frantz Blass*
Printed Name of Plaintiff Frantz Blass

B. **For Attorneys**

Date of signing: _____

Signature of Attorney _____
Printed Name of Attorney _____
Bar Number _____
Name of Law Firm _____
Street Address _____
State and Zip Code _____
Telephone Number _____
E-mail Address _____

Frantz Pierre Blass Jr.
25 Ridgecrest Terrace Apt. 8
West Roxbury, Ma. 02132
Phone No. 857-258-7172
email: fblass44@gmail.com

On September 6, 2023, I felt perplexed, shamed, humiliated and embarrassed. I reached out to the Catholic Archdiocese of Boston Delegate Investigator Director Jay Crowley, and The Professional Standards and Oversight Director for the Archdiocese of Boston Mark Dunderdale, in writing and by mail, in regards to being sexually assaulted by one of their Priests, Paul Mahan. I stated that I did my due diligence to research cases and settlements received by other victims of the Catholic Churches molestation scandal. I received a call on Tuesday, September 26th and I was told, actually threatened that if I ever reached out to these two church officials again that there would be consequences set forth by the Archdiocese of Boston. I would be arrested and charges would be brought against me. Two of the Catholic Church of Boston high ranking officials were not acting professionally. I was told besides their church titles that they were also attorneys for the Catholic Church. I felt my Constitutional rights were being violated. Specifically, my 1st amendment, 5th amendment, 7th amendment and 9th amendment were being taken away from me. I have been contemplating and asking myself silently for a couple of days, Do I really want to do this? Do I really want to go public with my molestation by Catholic Priest pedophile Paul Mahan at St Mathew's church in Dorchester? The huge stakes I would be opening myself up to. I considered those circumstances. I came to the conclusion that I longer wanted to continue to live a lie and keep the truth suppressed. I feel that my story is necessary and vital, due to the mistreatment I receive by these two men of the Catholic Churches higher ups. By these two men who are supposed to be a representative of the Catholic Congregation. I do not know how many others they've reacted to in this manner, but hopefully by coming out they will never treat another victim (human being) as I was treated. I believe it is necessary and important that I share my pain, hurt, and suffering. I don't believe I was treated humanely or with any compassion after what happened to me. About two decades ago I went to the Boston DA's office at One Bulfinch Place in Boston and went to the Catholic Church headquarters. I am of the opinion that at that time I was not convincing or a credible source and person. I was deeply disappointed and scared but life went on. At that time Paul Mahan could have been charged because he was available. I was told that he couldn't be found. I may have had the opportunity to ask Cardinal Vernon Bernard Francis Law, Why? Unfortunately I wasn't believable.

I was granted a second hearing by the DA's office. My response to their questioning was similar to my response to their inquiry, investigation and interview. This time I was successful and convincing enough to be understood. The DA's office was fair, compassionate and sympathetic to my sexual assault unlike the first time. The first time felt more like an interrogation than an interview. I am grateful that they took the time to hear me once more.

As for the church leaders, they treated me as an enemy of the church, that was only interested in money but I do not feel their offer was adequate enough for everything I've been through. That I was trying to embezzle, abstract and commit grand larceny against the Catholic Church. All because they did not accept their offer. I truly believe that life altering events such as being molested for 4 to 5 years and the aftermath deserve life altering compensation. I can not reset, rewind or relive my life again. This is it for me no retake or rewind . Being molested took my life and turned into only existing. My outlook on what is occurring is due to the fact. I didn't accept their proposal and knew it was a reasonable amount, they took in personal view me as an adversary, antagonist and rival. I had the nerve to not take their offer.

They say that was then this is now. For me then and now are identical. I should feel grateful unless they are giving me something. I received nothing. I'm the bad guy in their story.

I am being told that Paul Mahan can not be found for me to litigate against. That he is broke and doesn't have any money. My belief is it is bigger than just Paul Mahan. I respectfully disagree. They knew he was a repeat offender pedophile, but they made the decision to protect and relocate him just like a Mobster would do.. He was molesting children long before he came to St. Matthew's Parish. They were their brothers' keeper. For the sake of protecting the church image and faith, they chose to fail the sexual abuse children like me and there loved ones . They jeopardized more children unnecessarily. That they fixed the problem, It's a new Catholic Church under new management but my abuse did not happen under the new Catholic Church. My justice has to be compromised. They saw the warning signs and red flags of Paul Mahan. Fear is what corrupt authoritarianism uses to intimidate people. I believe that's what's being done to me by the Catholic Higher ups in Boston, Massachusetts. How dare I go against their religious statue. The reason I am coming forward. The fact thatI came to this conclusion is because of how they are acting ungodly. I am sending copies of what I wrote to the church. I don't really know if these two men or attorneys as they say or it's a scare tactic. Please let me know if my story isn't enough to investigate. I would appreciate a response, good or bad. Thank you!

Sincerely,


Frantz Pierre Blass JR.